UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Delilah Garcia <br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:  16-16141 <br><br> Chapter: 13 <br> Honorable Jacqueline Cox |

## ORDER APPROVING MORTGAGE LOAN MODIFICATION

THIS CAUSE coming to be heard on the Debtor's Motion to Approve Loan Modification, the Court having found due notice having been given and the Court being fully advised in the premises: IT IS HEREBY ORDERED that Debtor is granted permission to have the loan encumbering the property located at 6200 S Campbell Ave, Chicago, IL  60629 modified.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 5/22/17

**Prepared by:**
Zalutsky & Pinski, Ltd.
111 West Washington St. Suite 1550
Chicago, IL 60602
312-782-9792

Rev: 20170105_bko